# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DENNIS O'NEAL LEE**                                                **PLAINTIFF**

**v.**                                                CAUSE NO. 1:15CV203-LG-RHW

**CHRISTOPHER EPPS, et al.**                                        **DEFENDANTS**

## ORDER ADOPTING PROPOSED FINDINGS
## OF FACT AND RECOMMENDATION

**BEFORE THE COURT** is the Proposed Findings of Fact and

Recommendation [89] entered by United States Magistrate Judge Robert H. Walker

on November 9, 2017, in which he recommends that: (1) the Motions for Summary

Judgment [79, 82] filed by the defendants Jacqueline Banks, Thomas Byrd,

Marshall Fisher, Ronald King, Jacqueline Leverette, Gloria Perry, and Centurion

should be granted; (2) the Motion to Appoint Counsel [87] filed by the plaintiff

Dennis O'Neal Lee should be denied; and (3) Lee's civil rights complaint should be

dismissed as to all claims and all defendants. Although the Court's record reflects

that Lee received a copy of the Proposed Findings of Fact and Recommendation on

November 15, 2017, Lee has not filed an objection. After reviewing the record in

this matter and the applicable law, the Court finds that the Proposed Findings of

Fact and Recommendation should be adopted as the opinion of this Court, and Lee's

lawsuit should be dismissed with prejudice.

## DISCUSSION

Lee, a pro se prisoner, filed this section 1983 lawsuit against the defendants

alleging excessive force, violation of due process, inadequate medical care, and

unconditional conditions of confinement. Judge Walker issued his Proposed

Findings of Fact and Recommendation, finding that Lee's inadequate medical care

claim concerning testicular pain should be dismissed for failure to exhaust

administrative remedies. In the alternative, Judge Walker found that the claim

should be denied on the merits because Lee received ongoing medical treatment for

that condition. As for Lee's claim for inadequate medical care for a scalp condition,

Judge Walker held that the claim should be dismissed, because Lee received

medical care for the condition; he merely disagreed with the type of treatment he

received.

Judge Walker determined that the due process claim should be denied

because Lee "is asking this Court to assess credibility and weigh the evidence from

[a] disciplinary hearing." (Proposed Findings of Fact and Recommendation at 13,

ECF No. 89). Judge Walker found that the conditions of confinement claim is moot,

because Lee has been transferred to a different facility. Judge Walker also

recommended that Lee's Motion to Appoint Counsel should be denied, because Lee

had adequately represented himself over the past two years and the discovery

deadline has expired. In summary, Judge Walker recommends dismissal with

prejudice as to all claims and all defendants.

Where no party has objected to the Magistrate Judge's report and

recommendation, the Court need not conduct a de novo review of it. *See* 28 U.S.C. §

636(b)(1) ("A judge of the court shall make a de novo determination of those portions

of the report or specified proposed findings and recommendations to which objection

is made.")  In such cases, the Court need only satisfy itself that there is no clear error on the face of the record.  *Douglass v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having conducted the required review, the Court finds that Judge Walker's Proposed Findings of Fact and Recommendation is neither clearly erroneous nor contrary to law.  As a result, the defendants' Motions for Summary Judgments [79, 82] are granted, Lee's Motion to Appoint Counsel [87] is denied, and Lee's civil rights complaint is dismissed with prejudice as to all claims and all defendants.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [89] entered by United States Magistrate Judge Robert H. Walker is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motion to Appoint Counsel [87] filed by the plaintiff Dennis O'Neal Lee is **DENIED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Motions for Summary Judgment [79, 82] filed by the defendants Jacqueline Banks, Thomas Byrd, Marshall Fisher, Ronald King, Jacqueline Leverette, Gloria Perry, and Centurion are **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of December, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE