# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DENNIS O'NEAL LEE**                                                      **PLAINTIFF**

v.                                                CAUSE NO. 1:15CV203-LG-RHW

**CHRISTOPHER EPPS, et al.**                                   **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [89] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [89] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. This lawsuit is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of December, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE